# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

_____

Michael P. McDonough, individually and
all others similarly situated
               Plaintiff,             Case No.: 2:21-cv-000375-CCW

v.

Leopold & Associates, PLLC and Trinity Financial
Services, LLC
               Defendants.

_____

## NOTICE OF SETTLEMENT

      Plaintiff Michael P. McDonough and Defendant Trinity Financial Services, LLC, by and through their respective counsel, hereby inform the Court that a settlement has been reached between them in the above matter. The parties are finalizing the terms of the settlement and anticipate that they will be in a position to file a stipulation of dismissal in 45 days.

Dated: January 8, 2025

| **SANDERS LAW GROUP** | **LIPPES MATHIAS LLP** |
|---|---|
| /s Craig B. Sanders | /s Brendan H. Little |
| Craig B. Sanders, Esq. | Brendan H. Little, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 333 Earle Ovington Blvd., Suite 402 | Trinity Financial Services, LLC |
| Uniondale, NY 11553 | 50 Fountain Plaza, Suite 1700 |
| P: 516-203-7600 | Buffalo, NY 14202 |
| E: csanders@sanderslaw.group | P: 716-853-5100 |
| | F: 716-853-5199 |
| | E: blittle@lippes.com |