IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL P. MCDONOUGH,

Plaintiff,

v.

LEOPOLD & ASSOCIATES, PLLC,
TRINITY FINANCIAL SERVICES, LLC,

Defendants.

2:21-CV-00375-CCW

## ORDER

IT IS HEREBY ORDERED that for the reasons set forth in the Memorandum Opinion accompanying this Order, Plaintiff Michael P. McDonough's Motion for Attorneys' Fees and Costs, ECF No. 320 is GRANTED IN PART as follows:

1. Mr. McDonough is awarded $466,591.91 in attorneys' fees and costs,[1] payable by Defendant Leopold & Associates, PLLC.  The timing of payment shall be determined by the terms of the settlement agreement between Mr. McDonough and Leopold.

IT IS FURTHER ORDERED that Mr. McDonough's Motion is DENIED to the extent it seeks an award of attorneys' fees and costs in excess of $466,591.91.

DATED this 17th day of September, 2025.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

---

[1] This amount consists of $464,335.95 in attorneys' fees and $2,255.96 in costs.

cc (via ECF email notification):

All Counsel of Record